# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

RASHOD BROWN,

              Petitioner

        v.

COMMONWEALTH OF PENNSYLVANIA,
PA BOARD OF PROBATION & PAROLE,

              Respondent

:  No. 12 WM 2020

## ORDER

**PER CURIAM**

    **AND NOW**, this 8th day of May, 2020, the Application for Leave to File Original Process is GRANTED, and the "Petition for Writ of Mandamus under *Nunc Pro Tunc*" is DENIED.